

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

November 11, 2022

**VIA CM/ECF AND HAND-DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

**Re:**   *Arbor Pharmaceuticals, LLC, et al., v. Saba Ilac Sanayi ve Ticaret AS,*
C.A. No. 22-353-MN
*Azurity Pharmaceuticals, Inc. et al v. Alkem Laboratories Ltd.,*
C.A. No. 22-940-MN

Dear Judge Noreika,

Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, Takeda Pharmaceutical Company Limited (collectively, "Plaintiffs") and Defendants Saba Ilac Sanayii ve Ticaret AS ("Saba") and Alkem Laboratories Ltd. ("Alkem") submit this letter pursuant to Your Honor's October 5, 2022 Oral Order directing the parties to provide their positions on whether the above-referenced cases should be consolidated or coordinated (D.I. 26, C.A. 22-353-MN; D.I. 17, C.A. 22-940-MN). The parties respectfully submit that these cases should be consolidated into the lead action, C.A. No. 22-353-MN, and proceed on the same schedule. The parties have conferred and agreed on a proposed stipulation of consolidation and amended case schedule, filed contemporaneously herewith, which they respectfully request that the Court enter.

Very truly yours,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 43245824v.1