IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>        Plaintiffs,<br><br>        v.<br><br>SABA ILAC SANAYII VE TICARET AS et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-353-MN (Consol.)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited (collectively, "Plaintiffs") move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A *Markman* hearing is currently scheduled in this consolidated case for July 14, 2023 at 10 a.m. before Judge Maryellen Noreika.

3. Certain counsel who intend to appear at the July 14 *Markman* hearing on behalf of

Plaintiffs do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order. These counsel are in good standing with at least one State bar in the United States, and have been admitted *pro hac vice*, in this consolidated action; however, they do not possess a physical, hard-copy bar identification card. These persons include:

- Chad Peterman
- Christopher Hill
- Ryan Meuth
- Zhiqiang Liu

4.  Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

3

| | |
|---|---|
| Dated: July 12, 2023 | MCCARTER & ENGLISH, LLP |
| Of Counsel: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| Bruce M. Wexler<br>Chad J. Peterman<br>Christopher P. Hill<br>Michael F. Werno<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>brucewexler@paulhastings.com<br>chadpeterman@paulhastings.com<br>christopherhill@paulhastings.com<br>michaelwerno@paulhastings.com | Alexandra M. Joyce (#6423)<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6331<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs Takeda Pharmaceutical Company Limited, Azurity Pharmaceuticals, Inc., and Arbor Pharmaceuticals, LLC* |

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com
*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*