IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SABA ILAC SANAYII VE TICARET AS et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-353-MN (Consol.)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER REGARDING UNOPPOSED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiffs' Unopposed Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of _____, 2023 that:

1. The Motion is GRANTED.

2. For purposes on the July 14, 2023 *Markman* hearing, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Chad Peterman
- Christopher Hill
- Ryan Meuth
- Zhiqiang Liu

ME1 45495342v.1

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
UNITED STATES DISTRICT JUDGE