# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, et al., | |
| Plaintiffs, | |
| v. | C.A. No. 22-353-MN |
| SABA ILAC SANAYII VE TICARET AS, et al., | (CONSOLIDATED) |
| Defendants. | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **(1) Expert Report of Pamela A. Smith, Ph.D. Regarding Defendant Alkem, (2) Expert Report of Christian Schöneich, Ph.D. Regarding Defendant Alkem's Infringement, (3) Expert Report of William B. White, M.D. Regarding Defendant Alkem's Infringement, and (4) Expert Report of Christian Schöneich, Ph.D. Regarding Claim Construction** were caused to be served on September 15, 2023 and September 18, 2023 on the following counsel in the manner indicated:

## VIA EMAIL

Dominck T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

ME1 45792852v.1

Samuel T. Lockner
Jennell C. Bilek
Gary J. Speier
Saukshmya Trichi
CARLSON, CASPERS, VANDENBURGH & LINQUIST, P.A.
225 South Sixth Street, Ste. 4200
Minneapolis, MN 55402
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
gspeier@carlsoncaspers.com
strichi@carlsoncaspers.com

*Attorneys for Defendant Alkem Laboratories Ltd.*

The undersigned counsel hereby certifies that true and correct copies of **(1) Expert Report of Pamela A. Smith, Ph.D. Regarding Defendant Saba, (2) Expert Report of Christian Schöneich, Ph.D. Regarding Defendant Saba's Infringement, and (3) Expert Report of Christian Schöneich, Ph.D. Regarding Claim Construction** were caused to be served on September 15, 2023 on the following counsel in the manner indicated:

**VIA EMAIL**

James S. Green, Jr.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 18901
(302) 888-7607
jsgreen@svglaw.com

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522
(312) 598-2610
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

*Attorneys for Defendant SABA ILAC SANAYII VE TICARET AS*

2

| | |
|---|---|
| Dated: September 18, 2023 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | /s/ Alexandra M. Joyce |
| | Daniel M. Silver (#4758) |
| Bruce M. Wexler | Alexandra M. Joyce (#6423) |
| Chad J. Peterman | Renaissance Centre |
| Christopher P. Hill | 405 N. King St., 8th Floor |
| Michael F. Werno | Wilmington, DE 19801 |
| M. Ryan Meuth | Tel.: (302) 984-6300 |
| PAUL HASTINGS LLP | dsilver@mccarter.com |
| 200 Park Avenue | ajoyce@mccarter.com |
| New York, New York 10166 | |
| (212) 318-6000 | *Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited* |
| brucewexler@paulhastings.com | |
| chadpeterman@paulhastings.com | |
| christopherhill@paulhastings.com | |
| michaelwerno@paulhastings.com | |
| ryanmeuth@paulhastings.com | |

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

3

ME1 45792852v.1