IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>              Plaintiffs,<br><br>    v.<br><br>SABA ILAC SANAYI VE TICARET AS et al.,<br><br>              Defendants. | C.A. No. 22-353-MN<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 25, 2023, copies of (i) Expert Report of Raj Suryanarayanan, Ph.D. regarding Alkem's Non-Infringement [CONFIDENTIAL-COUNSEL'S EYES ONLY]; and, (ii) Declaration of Mukesh Kumar Singh [CONFIDENTIAL-COUNSEL'S EYES ONLY] were served on the following counsel by electronic mail:

OF COUNSEL:

Bruce M. Wexler
Chad J. Peterman
Christopher P. Hill
Michael F. Werno
M. Ryan Meuth
Sarah E. Spencer
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166

*Attorneys for Plaintiff Arbor Pharmaceuticals, LLC and Azurity Pharmaceuticals, Inc.*

Daniel M. Silver
Alexandra M. Joyce
McCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801

William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

OF COUNSEL:

Samuel T. Lockner
Jennell C. Bilek
Gary J. Speier
Saukshmya Trichi
Seung Sub Kim
Carlson, Caspers, Vandenburgh
& Lindquist, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 436-9600
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
gspeier@carlsoncaspers.com
strichi@carlsoncaspers.com
ekim@carlsoncaspers.com

Dated:  October 25, 2023

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant, Alkem Laboratories Ltd.*