# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SABA ILAC SANAYII VE TICARET AS, et al., <br><br> Defendants. | C.A. No. 22-353-MN <br><br> (CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **(1) Rebuttal Expert Report of Stephen G. Davies, Ph.D. Regarding Validity, (2) Rebuttal Expert Report of Christian Schöneich, Ph.D., (3) Rebuttal Expert Report of William B. White, M.D. Regarding Validity, and (4) Expert Report of Mohan Rao, Ph.D.** were caused to be served on October 25, 2023 on the following counsel in the manner indicated:

### VIA EMAIL

Dominck T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

ME1 46496881v.1

Samuel T. Lockner
Jennell C. Bilek
Gary J. Speier
Saukshmya Trichi
CARLSON, CASPERS, VANDENBURGH & LINQUIST, P.A.
225 South Sixth Street, Ste. 4200
Minneapolis, MN 55402
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
gspeier@carlsoncaspers.com
strichi@carlsoncaspers.com

*Attorneys for Defendant Alkem Laboratories Ltd.*

**VIA EMAIL**

James S. Green, Jr.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 18901
(302) 888-7607
jsgreen@svglaw.com

Shashank Upadhye
Yixin Tang
Brent Batzer
UPADHYE TANG LLP
109 Symonds Drive, #174
Hinsdale, IL 60522
(312) 598-2610
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

*Attorneys for Defendant SABA ILAC SANAYII VE TICARET AS*

Dated: October 26, 2023

OF COUNSEL:

Bruce M. Wexler
Chad J. Peterman
Christopher P. Hill
Michael F. Werno
M. Ryan Meuth
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
brucewexler@paulhastings.com
chadpeterman@paulhastings.com
christopherhill@paulhastings.com
michaelwerno@paulhastings.com
ryanmeuth@paulhastings.com

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
Tel.: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited*