IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>   Plaintiffs,<br><br>   v.<br><br>SABA ILAC SANAYI VE TICARET AS et al.,<br><br>   Defendants. | C.A. No. 22-353-MN<br>(CONSOLIDATED) |

**DEFENDANT ALKEM LABORATORIES, LTD'S MOTION FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 <u>STANDING ORDER ON PERSONAL DEVICES</u>**

Defendant Alkem Laboratories, Ltd. ("Alkem") moves for an order to exempt Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Alkem states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. Trial in this action is scheduled to start on February 5, 2024 and will last through February 9, 2024.

3.      The following persons intend to participate in and/or assist with the trial on behalf of Alkem and, therefore, require access to their electronic devices, including personal computers, tablets and mobile phones to assist with the presentation of slides, to search for and locate exhibits and other information at trial and to allow for communication with team members not present in the courtroom, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Hannah Mosby O'Brien, Esq. - trial counsel with Carlson Caspers;
- Jennie Simso, a paralegal with Carlson Caspers; and,
- Mike Gilmore, hot seat operator retained by Carlson Caspers for trial.

WHEREFORE, Alkem respectfully requests that the Court issue an order, in the form attached hereto, to exempt Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore from the District of Delaware's May 15, 2023 Standing Order.

OF COUNSEL:

CARLSON, CASPERS,
VANDENBURGH, & LINDQUIST P.A.
Samuel T. Lockner
Gary J. Speier
Jennell C. Bilek
Caroline L. Marsili
Saukshmya Trichi
Hannah Mosby O'Brien
Seung Sub Kim
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST, P.A.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant, Alkem Laboratories Ltd.*

225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
slockner@carlsoncaspers.com
gspeier@carlsoncaspers.com
jbilek@carlsoncaspers.com
cmarsili@carlsoncaspers.com
strichi@carlsoncaspers.com
ekim@carlsoncaspers.com

Dated: January 26, 2024