IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED, | ) ) ) | |
| | ) | C.A. No. 22-353-MN |
| Plaintiffs, | ) | (CONSOLIDATED) |
| | ) | |
| v. | ) | |
| | ) | |
| SABA ILAC SANAYI VE TICARET AS et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR EXEMPTION
FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

WHEREAS, the Court has considered Alkem Laboratories, Ltd.'s Motion requesting an exemption for Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.      The Exemption is GRANTED.

2.      For purposes of the trial scheduled to start February 5, 2024 and last through February 9, 2024 in the above captioned case, Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronics.

DATED this _____ day of January, 2024.


_____
UNITED STATES DISTRICT JUDGE