IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>SABA ILAC SANAYI VE TICARET AS et al.,<br><br>    Defendants. | C.A. No. 22-353-MN<br>(CONSOLIDATED) |

### ORDER FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

WHEREAS, the Court has considered Alkem Laboratories, Ltd.'s Motion requesting an exemption for Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED this 26th day of January 2024 that:

1. The Exemption is GRANTED.

2. For purposes of the trial scheduled to start February 5, 2024 and last through February 9, 2024 in the above captioned case, Hannah Mosby O'Brien, Jennie Simso and Mike Gilmore are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronics.

_____
The Honorable Maryellen Noreika
United States District Judge