# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC, et al., </br></br>　　　　Plaintiffs, </br></br>　　v. </br></br> SABA ILAC SANAYII VE TICARET AS, et al. </br></br>　　　　Defendants. | C.A. No. 22-353-MN </br> (Consolidated) |

## ORDER FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

WHEREAS, the Court has considered Defendant Saba Ilac Sanayii Ve Ticaret AS's Motion requesting exemption for Francesca Zozzaro from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED this 26th day of January 2024 that:

1. The Exemption is Granted.

2. For purposes of the trial scheduled to start February 5, 2024 and last through February 9, 2024 in the above captioned case, Francesca Zozzaro is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use her personal electronics.

_____
The Honorable Maryellen Noreika
United States District Judge