IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SABA ILAC SANAYII VE TICARET AS et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 22-353-MN (Consol.)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited (collectively, "Plaintiffs") move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A Pretrial Conference is currently scheduled in this consolidated case for January 29, 2024 at 2:00 p.m. and a bench trial is scheduled for February 5-9, 2024 before Judge Maryellen Noreika. Courtroom setup is not yet scheduled.

ME1 47480135v.1

3. Certain counsel who intend to appear at the January 29 Pretrial Conference, courtroom setup, and/or and February 5-9 Trial on behalf of Plaintiffs do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order. These counsel are in good standing with at least one State bar in the United States, and have been admitted *pro hac vice*, in this consolidated action; however, they do not possess a physical, hard-copy bar identification card. These persons include:

- Chad Peterman, Counsel for Arbor and Azurity
- Christopher Hill, Counsel for Arbor and Azurity
- Michael Werno, Counsel for Arbor and Azurity
- Mark Smith, Counsel for Arbor and Azurity
- Sarah Spencer, Counsel for Arbor and Azurity
- Zhiqiang Liu, Counsel for Takeda

4. In addition, the following persons intend to participate in and/or assist with the Pretrial Conference, courtroom setup, and/or Trial on behalf of Plaintiffs and, therefore, require access to their electronic devices, including personal computers, tablets and mobile phones to assist with the presentation of slides, to search for and locate exhibits and other information at trial and to allow for communication with team members not present in the courtroom, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Johnna Vitti, Paralegal
- Stefano Troilo, Paralegal
- Katie Ford, Paralegal
- Tatiana Newman, Case Assistant
- Roy Campos, Hot Seat Operator

3

WHEREFORE, Plaintiffs respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

| | |
|---|---|
| Dated:  January 26, 2024 | MCCARTER & ENGLISH, LLP |
| Of Counsel: | */s/ Alexandra M. Joyce*<br>Daniel M. Silver (#4758) |
| Bruce M. Wexler | Alexandra M. Joyce (#6423) |
| Chad J. Peterman | 405 N. King Street, 8th Floor |
| Christopher P. Hill | Wilmington, Delaware 19801 |
| Michael F. Werno | (302) 984-6331 |
| Mark Smith | dsilver@mccarter.com |
| Sarah E. Spencer | ajoyce@mccarter.com |
| Paul Hastings LLP | |
| 200 Park Avenue | *Attorneys for Plaintiffs Takeda* |
| New York, New York 10166 | *Pharmaceutical Company Limited, Azurity* |
| (212) 318-6000 | *Pharmaceuticals, Inc., and Arbor* |
| brucewexler@paulhastings.com | *Pharmaceuticals, LLC* |
| chadpeterman@paulhastings.com | |
| christopherhill@paulhastings.com | |
| michaelwerno@paulhastings.com | |

*Attorneys for Plaintiffs Azurity*
*Pharmaceuticals, Inc. and Arbor*
*Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com
*Attorneys for Plaintiff Takeda*
*Pharmaceutical Company Limited*