

**Alexandra M. Joyce**
Associate

T. 302-984-6392
F. 302-691-1260
ajoyce@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 4, 2024

<u>**VIA CM/ECF**</u>
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re: *Arbor Pharmaceuticals, LLC, et al., v. Saba Ilac Sanayii ve Ticaret AS,*
    **C.A. No. 22-353-MN (Consolidated***)*

Dear Judge Noreika:

I write on behalf of the parties to inform the Court that Plaintiffs and Saba (the remaining defendant) have reached a settlement. The parties are in the process of collecting signatures, which they expect to have completed in the next day or so. The parties will thereafter dismiss the case imminently. Counsel will appear in Court at 9:00 AM tomorrow to answer any questions, unless the Court directs otherwise.

Respectfully submitted,

*/s/ Alexandra M. Joyce*

Alexandra M. Joyce (#6423)

cc:     Counsel of Record (via CM/ECF and E-Mail)

ME1 47546438v.1