# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBOR PHARMACEUTICALS, LLC et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SABA ILAC SANAYII VE TICARET AS, et al.,<br><br>        Defendants. | C.A. No. 22-353-MN<br>(Consolidated) |

## STIPULATION AND ORDER DISMISSING DEFENDANT
## SABA ILAC SANAYII VE TICARET AS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Arbor Pharmaceuticals, LLC, Azurity Pharmaceuticals, Inc., and Takeda Pharmaceutical Company Limited (together, "Plaintiffs"), and Defendant Saba Ilac Sanayii Ve Ticaret AS ("Saba"), hereby stipulate that all claims, counterclaims, and defenses between Plaintiffs and Saba in the above-captioned action are hereby dismissed in their entirety without prejudice. Plaintiffs and Saba shall bear their own attorney fees and costs.

Dated: February 5, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| /s/ Alexandra M. Joyce | /s/ James S. Green Jr. |
| Daniel M. Silver (#4758) | James S. Green Jr. (#4406) |
| Alexandra M. Joyce (#6423) | Jared T. Green (#5179) |
| Renaissance Centre | 222 Delaware A venue, Suite 1500 |
| 405 N. King Street, 8th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 888-7607 |
| (302) 984-6300 | jsgreen@svglaw.com |
| dsilver@mccarter.com | jtgreen@svglaw.com |
| ajoyce@mccarter.com | |

*Attorneys for Plaintiffs Arbor Pharmaceuticals, LLC, Azurity Pharmaceuticals, Inc. and Takeda Pharmaceutical Company Limited*

*Attorneys for Defendant Saba Ilac Sanayi ve Ticaret AS*

Chad J. Peterman
Christopher P. Hill
Michael F. Werno
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
christopherhill@paulhastings.com
michaelwerno@paulhastings.com

UPADHYE TANG LLP
Shashank Upadhye
Yixin Tang
Brent Batzer
109 Symonds Drive, #174
Hinsdale, IL 60522
312.327.3326
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

*Counsel to Defendant*

*Attorneys for Plaintiffs Arbor Pharmaceuticals, LLC and Azurity Pharmaceuticals, Inc.*

William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda Pharmaceutical Company Limited*

**SO ORDERED this 5th day of February 2024.**

_____
**The Honorable Maryellen Noreika**
**United States District Judge**